UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MICHAEL ESTES,<br><br>                Plaintiff,<br><br>v.<br><br>DAWN JONES, *et al.*,<br><br>                Defendants. | Case No. 3:21-CV-00214-ART-CLB<br><br>**ORDER TO CHANGE ADDRESS** |

       On January 26, 2023, Defendants filed a motion for summary judgment and related documents in this case. (ECF Nos. 56, 57, 58, 59.) The following day, Ely State Prison returned three of the filings addressed to Plaintiff Michael Estes, each with a handwritten note stating, "RTS not at ESP." (ECF Nos. 60, 61, 62.) Pursuant to Local Rule IA 3-1, Plaintiff must immediately file with the Court written notification of any change of mailing address. Failure to comply with this rule may result in dismissal of this action. Plaintiff shall have until **Wednesday, March 1, 2023** to file a notice of change of address or this Court will recommend that this action be dismissed.

       The case is hereby **STAYED** in its entirety until Plaintiff files a notice of change of address.

       IT IS SO ORDERED.

       **DATED:** <u>January 30, 2023</u>

                                                                       **UNITED STATES MAGISTRATE JUDGE**